585 A.2d 394

ALLSTATE INSURANCE COMPANY v. PETER SCHMITT
AND 5738 CORPORATION.

October 10, 1990.

Petition for certification denied. (See 238 *N.J.Super.* 619, 570 *A.*2d 488)

585 A.2d 395

IN THE MATTER OF THE STATE OF NEW JERSEY v. COMMU-
NICATIONS WORKERS OF AMERICA, AFL–CIO.

October 10, 1990.

Petition for certification denied.

585 A.2d 395

HAROLD S. TWISS v. STATE OF NEW JERSEY, DEPARTMENT
OF THE TREASURY, OFFICE OF FINANCIAL MANAGEMENT.

October 10, 1990.

Petition for certification granted. (See 239 *N.J.Super.* 342, 571 *A.*2d 333)

585 A.2d 395

WILLIAM BELL v. MERCHANTS AND BUSINESSMEN'S
MUTUAL INSURANCE COMPANY.

October 10, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 557, 575 *A.*2d 878)